IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MASIEO L. RICHMOND, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL NO. 05-421-GPM |
|  | ) |  |
| ROGER E. WALKER, JR., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed on the merits as legally frivolous. Dismissal is with prejudice to refiling. Plaintiff shall take nothing from this action.

03/08/06　　　　　　　　　　　　　　　　　　By: s/ G. Patrick Murphy
*Date*　　　　　　　　　　　　　　　　　　　　　　*District Judge*